Getty, J.
I respectfully dissent from the Majority’s opinion. On the Batson issue, I agree with Chief Judge Barbera that the trial judge was not clearly erroneous in finding that defense counsel’s reasons for striking the jurors were pretextual. Thus, it was proper for the trial judge to reseat the jurors whom defense counsel sought to exclude. I join only Part I of Chief Judge Barbera’s partial dissent.
On the sufficiency issue, I agree with Judge Watts that the evidence was sufficient to support the conviction for attempted second-degree murder. I join only Part II of Judge Watts’s concurring and dissenting opinion.
Therefore, I would affirm the judgment of the Court of Special Appeals.